IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:

**LAURA LEA ZABST**          CASE NO:   25-03782-JJG 13
      Debtor.

---

**LAURA LEA ZABST**          Adversary Proc. No. 25-50125
      Plaintiff

vs.

**EVERWISE CREDIT UNION**
      Defendant

---

### APPEARANCE FOR PLAINTIFF

    Comes now Stacy Wissel, and the Bankruptcy Law Office of Mark S. Zuckerberg, and hereby enter their Appearance for and on behalf of the Plaintiff(s) in the above entitled Proceeding.

DATE: November 18, 2025

/s/ Stacy Wissel
Stacy Wissel , attorney for debtor
Attorney #17154-54
Law Offices of Mark Zuckerberg
429 North Pennsylvania St, Suite 100
Indianapolis, IN 46204
317-687-0000
Filings@mszlaw.com

<u>Certificate of Service</u>

  The undersigned attorney hereby certifies that on November 18, 2025, a copy of the foregoing pleading was served upon the following, either by the Clerk's office ECF system, or by first class US Mail, postage prepaid to the parties listed below:

**John Morgan Hauber** ecfmail@hauber13.com, ecfmail1@hauber13.com
**U.S. Trustee** ustpregion10.in.ecf@usdoj.gov

Everwise Credit Union
POB 1395
South Bend IN 46624

/s/ Stacy Wissel
Stacy Wissel, attorney for debtor
Attorney #17154-54
429 North Pennsylvania St, Suite 100
Indianapolis, IN 46204
317-687-0000
Filings@mszlaw.com