IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:

LAURA LEA ZABST,   CASE NO:   25-03782-JJG-13

       **Debtor**

_____

LAURA LEA ZABST   Adversary Proc. No. 25-50125

       **Plaintiff's**

vs.

EVERWISE CREDIT UNION

       **Defendant.**

_____

## AMENDED Complaint to Avoid Wholly Unsecured Mortgage

### Introduction

1. This is an action to move the Court, pursuant to 11 U.S.C. 1322(b), to avoid the wholly unsecured mortgage of Everwise Credit Union on the following real property: 3002 Timber Valley Drive, Kokomo, Indiana 46902 -referred to as the "Property."

### Parties

2. The Debtor is natural persons residing in the City of Kokomo, County of Howard, State of Indiana, and is also a Debtor pursuant to the provisions of Chapter 13 of Title 11 of the United States Code.

3. The Debtor is a consumer and is a debtor as those terms are defined under applicable Federal and State statutes.

4. Everwise Credit Union is a corporation and maintains a place of business, which to the best of Debtor's knowledge and belief is its principal place of business, at 110 South Main Street, South Bend, Indiana 46624, and Everwise is duly listed as a creditor on Schedule "D."

5. As required by Bankruptcy Rule 1008, Debtor consents to entry of final orders or judgment by this Court.

## Facts

6. That debtor filed a case on December 31, 2014 - referred to as the "Petition Date."

7. The Creditor/Defendant, Everwise Credit Union, obtained a second mortgage on the property on March 14, 2022.

8. The value of the Property as of the Petition Date is $316,900.00.

9. That the total amount of the first mortgage lien, also held by Everwise Credit Union, in the amount $602,854.75.

10. Defendant's second mortgage is in the amount of $77,484.32.

11. That Defendant's mortgage is wholly unsecured and is subject to avoidance under 11 U.S.C. 1322(b).

WHEREFORE, the Debtor respectfully pray that, after notice and hearing as may be required, this Court enter an Order stripping said second mortgage as a lien against debtor's real property located at 3002 Timber Valley Drive, Kokomo, Indiana 46902 and converting the underlying debt to an unsecured claim herein, and for all other proper relief.

<u>/s/ Mark S. Zuckerberg</u>

Mark S. Zuckerberg 313815-49
Attorney for Debtor/Plaintiffs
429 N. Pennsylvania Street #100
Indianapolis, IN  46204
(317) 687-0000
(317) 687-5151 Fax
Filings@mszlaw.com